MARY E. CALIFANO et al., Respondents, v. HORTY MANAGEMENT, INC., Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

ERNEST DAVID, Respondent, v. CHRISTIAN J. WOLFARTH et al., Copartners Doing Business under the Name of SOUTH SHORE MOTOR TRANSPORTATION COMPANY, et al., Appellants.—

No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

LEON DUBIN et al., Respondents, v. CAROL-DEB COMPANY, Appellant.—

No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

ABRAHAM GOLDBERG et al., Appellants, v. NAT DAYNE et al., Respondents.—

No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See post, p. 745.]

MEYER HABERKORN et al., Appellants, v. NEW YORK TELEPHONE COMPANY, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

ROSE L. HOROWITZ, as Executrix of SAMUEL B. HOROWITZ, Deceased, Respondent, v. ESTATE OF T. COHEN, INC., Appellant.—